IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SYLVIA GEAR, MALEKEH K. HAKAMI, PATRICIA GINTER, CLAIRE WHELAN, WISCONSIN ALLIANCE FOR RETIRED AMERICANS, and LEAGUE OF WOMEN VOTERS OF WISCONSIN,<br>          *Plaintiffs*,<br><br>v.<br><br>DEAN KNUDSON, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., MARK L. THOMSEN, ANN S. JACOBS, and MARGE BOSTELMANN, in their official capacities as Wisconsin Elections Commissioners, and MEAGAN WOLFE, in her official capacity as Administrator of the Wisconsin Elections Commission,<br>          *Defendants*. | Case No. 3:20-cv-278-wmc |
| REVEREND GREG LEWIS, SOULS TO THE POLLS, VOCES DE LAW FRONTERA, BLACK LEADERS ORGANIZING FOR COMMUNITIES, AMERICAN FEDERATION OF TEACHERS LOCAL, 212, AFL-CIO, SEIU WISCONSIN STATE COUNCIL, and LEAGUE OF WOMEN VOTERS OF WISCONSIN,<br>          *Plaintiffs*,<br><br>v.<br><br>DEAN KNUDSON, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., MARK L. THOMSEN, ANN S. JACOBS, and MARGE BOSTELMANN, in their official capacities as Wisconsin Elections Commissioners, and MEAGAN WOLFE, in her official capacity as Administrator of the Wisconsin Elections Commission,<br>          *Defendants*. | Case No. 3:20-cv-284-wmc |

**MOTION TO INTERVENE AS DEFENDANTS BY THE REPUBLICAN NATIONAL COMMITTEE AND THE REPUBLICAN PARTY OF WISCONSIN**

  Movants, the Republican National Committee and the Republican Party of Wisconsin, seek to intervene as defendants in the above-captioned cases under Rule 24(a)(2) and Rule 24(b). This

1

Court permitted Movants to intervene in *Democratic National Committee v. Bostelmann*, No. 3:20-cv-249, and then consolidated *Bostelmann* with the above-captioned cases "for all purposes." Docs. 85, 86, *Bostelmann*, No. 3:20-cv-249. To clarify Movants' party status in all three cases, and for the reasons given in Movants' memorandum and reply in *Bostelmann*, *see* Docs. 42, 78, Movants respectfully ask the Court to allow them to intervene as defendants in these two cases as well. Defendants do not object. The *Lewis* Plaintiffs do not object. The *Gear* Plaintiffs state, "The RNC/RPW is already a party to this action, given all three cases have been consolidated. However, to the extent a separate motion to intervene in the *Gear v. Knudson* action is necessary, we <u>oppose</u> the RNC/RPW's motion to intervene."

Dated: March 29, 2020               Respectfully submitted,

                                    /s/ Patrick Strawbridge
                                    Patrick Strawbridge
                                    CONSOVOY MCCARTHY PLLC
                                    Ten Post Office Square
                                    8th Floor South PMB #706
                                    Boston, MA 02109
                                    (617) 227-0548
                                    patrick@consovoymccarthy.com

                                    Jeffrey M. Harris
                                    Cameron T. Norris
                                    Alexa R. Baltes
                                    CONSOVOY MCCARTHY PLLC
                                    1600 Wilson Blvd., Ste. 700
                                    Arlington, VA 22209

2