UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Democratic National Committee and Democratic Party of Wisconsin,<br><br>      Plaintiffs,<br><br>  v.<br><br>Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners,<br><br>      Defendants,<br><br>  and<br><br>Republican National Committee and Republican Party of Wisconsin,<br><br>      Intervening Defendants | Case No. 3:20-cv-249-wmc (consolidated with Case Nos. 3:20-cv-278-wmc and 3:20-cv-284) |
| Sylvia Gear, Malekeh K. Hakami, Patricia Ginter, Claire Whelan, Wisconsin Alliance for Retired Americans, League of Women Voters of Wisconsin,<br><br>      Plaintiffs,<br><br>  v.<br><br>Dean Knudson, Julie M. Glancey, Robert F. Spindell, Jr., Mark L. Thomsen, Ann S. Jacobs, Marge Bostelmann, in their official capacity as members of the Wisconsin Elections Commission, Meagan Wolfe, in her official capacity as the Administrator of the Wisconsin Elections Commission,<br><br>      Defendants. | Case No. 3:20-cv-278-wmc (consolidated with Case Nos. 3:20-cv-249-wmc and 3:20-cv-284) |

### THE WISCONSIN LEGISLATURE'S COMBINED RENEWED MOTION TO INTERVENE IN *DNC V. BOSTELMANN* AND MOTION TO INTERVENE IN *GEAR V. KNUDSON*

The Joint Committee on Legislative Organization, on behalf of the Wisconsin Legislature ("Legislature"), hereby renews its motion to intervene in *DNC v. Bostelmann* and moves to intervene in *Gear v. Knudson*. The grounds for these Motions are stated briefly below and more fully in the Legislature's supporting memorandum to be filed later today.

This Court's recent Order denying the Legislature's Motion to Intervene in *Democratic National Committee v. Bostelmann ("DNC")*, Dkt.85, expressly recognized that "if some new facts were to arise that established an actual conflict" between the Legislature and the Commission Officials,* Dkt.85 at 11—which would include facts demonstrating that the Commission Officials are unwilling to "actively defend[ ] all of the challenged laws" here, Dkt.85 at 5—"then the Wisconsin Legislature is welcome to renew its motion," Dkt.85 at 11. The Commission Officials' very recent submission in *DNC*, Dkt.107, provides such "new facts," justifying both this Renewed Motion to Intervene in *DNC* and the Motion to Intervene in *Gear*. Specifically, in the Commission Officials' recent *DNC* submission, they expressly admitted that they are "unable to state a position" on whether to defend the "photo ID requirements" challenged here, Dkt.107 at 16, and also demonstrated that their defense of the other challenged election laws is far from vigorous, *see* Dkt.107 at 12–20. Therefore, since the Commission Officials are now unwilling to "actively defend[ ] all of the[se] challenged laws," Dkt.85 at 5, and

---

* The Defendants in *DNC* are Marge Bostelmann, Julie M. Glancey, Ann S. Jacobs, Dean Knudson, Robert F. Spindell, Jr., and Mark L. Thomsen, in their official capacities as Wisconsin Elections Commissioners. The Defendants in *Gear v. Knudson* are identical, except for the addition of Defendant Meagan Wolfe, in her official capacity as the administrator of the Wisconsin Elections Commission. This Motion collectively refers to all of these Defendants as "the Commission Officials."

- 2 -

for the other reasons in the Legislature's supporting memorandum, the Legislature respectfully requests that this Court grant these Motions.

Dated this 31st day of March, 2020.

                Respectfully submitted,

/s/Misha Tseytlin
Misha Tseytlin (State Bar No. 1102199)
Kevin M. LeRoy (State Bar No. 1105053)
TROUTMAN SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

Eric M. McLeod (State Bar No. 1021730)
Lane E. Ruhland (State Bar No. 1092930)
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 255-4440
(608) 258-7138 (fax)
eric.mcleod@huschblackwell.com
lane.ruhland@huschblackwell.com

Lisa M. Lawless (State Bar No. 1021749)
HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100
(414) 223-5000 (fax)
lisa.lawless@huschblackwell.com

Scott A. Keller
BAKER BOTTS LLP
700 K Street, N.W.
Washington, DC 20001
(202) 639-7837
(202) 585-1023 (fax)
scott.keller@bakerbotts.com
*Attorneys for the Wisconsin Legislature*