## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

REVEREND GREG LEWIS, SOULS
TO THE POLLS, VOCES DE LA
FRONTERA, BLACK LEADERS
ORGANIZING FOR COMMUNITIES,
AMERICAN FEDERATION OF
TEACHERS LOCAL, 212, AFL-CIO,
SEIU WISCONSIN STATE COUNCIL,
AND LEAGUE OF WOMEN VOTERS
OF WISCONSIN,

        Plaintiffs,

      v.

DEAN KNUDSON, JULIE M.
GLANCEY, ROBERT F. SPINDELL,
JR., MARK L. THOMSEN, ANN S.
JACOBS, MARGE BOSTELMANN, in
their official capacities as members of
the Wisconsin Elections Commission,
MEAGAN WOLFE, in her official
capacity as the Administrator of the
Wisconsin Elections Commission,

        Defendants.

Case No. 3:20-cv-284-wmc
(consolidated with Case Nos. 3:20-cv-249-wmc and 3:20-cv-278-wmc)

---

**THE WISCONSIN LEGISLATURE'S MOTION TO INTERVENE
OR, ALTERNATIVELY, FOR LEAVE TO FILE AN AMICUS BRIEF
IN *LEWIS V. KNUDSON***

---

The Joint Committee on Legislative Organization, on behalf of the Wisconsin

Legislature ("Legislature"), hereby moves under Rule 24 of the Federal Rules of Civil

Procedure to intervene in *Lewis v. Knudson* as a defendant or, alternatively, under

Rule 1 of the Federal Rules of Civil Procedure and this Court's inherent authority for

leave to file an amicus brief. The Legislature has contemporaneously filed a memorandum setting forth the grounds for this Motion, as well as a Proposed Motion to Dismiss the Complaint, Proposed Brief As Intervenor Or Amicus Curiae In Opposition To Plaintiffs' Motion For A Temporary Restraining Order And In Support Of Dismissal Of This Case, and Proposed Response to Plaintiffs' Statement of Record Facts. For the reasons set forth in its supporting memorandum, the Legislature respectfully requests that this Court grant its Motion to Intervene Or, Alternatively, For Leave To File An Amicus Brief In *Lewis v. Knudson*.

Dated this 31st day of March, 2020.

Respectfully submitted,

/s/ Misha Tseytlin
Misha Tseytlin (State Bar No. 1102199)
Kevin M. LeRoy (State Bar No. 1105053)
TROUTMAN SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com
kevin.leroy@troutman.com

Ryan J. Walsh (State Bar No. 1091821)
Amy Miller (State Bar No. 1101533)
EIMER STAHL LLP
10 East Doty Street
Suite 800
Madison, WI 53703
(608) 442-5798
(608) 441-5707 (fax)
rwalsh@eimerstahl.com
amiller@eimerstahl.com

*Attorneys for the Wisconsin Legislature*