# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

DEMOCRATIC NATIONAL COMMITTEE, et al.,

                Plaintiffs,            Case No. 20- CV-249

    v.

MARGE BOSTELMANN, et al.,

                Defendants,

    and

REPUBLICAN NATIONAL COMMITTEE,
REPUBLICAN PARTY OF WISCONSIN AND
WISCONSIN STATE LEGISLATURE,

                Intervening Defendants

---

SYLVIA GEAR, et al.,

                Plaintiffs,            Case No. 20- CV-278

    v.

DEAN KNUDSON, et al

                Defendants,

    and

REPUBLICAN NATIONAL COMMITTEE,
REPUBLICAN PARTY OF WISCONSIN AND
WISCONSIN STATE LEGISLATURE,

                Intervening Defendants.

REVEREND GREG LEWIS, et al.,

                Plaintiffs,           Case No. 20- CV-284

  v.

DEAN KNUDSON, et al.,

                Defendants.

  and

REPUBLICAN NATIONAL COMMITTEE,
REPUBLICAN PARTY OF WISCONSIN AND
WISCONSIN STATE LEGISLATURE,

                Intervening Defendants.

**DEFENDANTS DEAN KNUDSEN, JULIE M. GLANCEY, ROBERT F. SPINDELL, JR., MARK L. THOMSEN, ANN S. JACOBS, MARGE BOSTELMANN AND MEAGAN WOLFE**
**NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**
**GEAR, et al. v. KNUDSON, et al. – CASE NO. 20 CV 278**

PLEASE TAKE NOTICE, the above-named defendants, WEC Commissioners Bostelmann, Glancey, Jacobs, Knudsen, Spindell and Thomsen, and WEC Administrator Wolfe, the individuals being sued in their official capacity, will move for an order dismissing them pursuant to Rules 12(b)(1) and 12(b)(6), Fed. R. Civ. Proc. from Gear, et al. v. Knudson, et al. as soon this matter may be heard. The bases for this motion are set forth in the attached memorandum in support of the motion to dismiss.

Respectfully submitted this 26th day of May, 2020.

                                      */s/ Dixon R. Gahnz*
                                      Dixon R. Gahnz, SBN: 1024367
                                      Daniel P. Bach, SBN: 1005751
                                      Terrence M. Polich, SBN: 1031375
                                      Daniel S. Lenz, SBN: 1082058

LAWTON & CATES, S.C.
345 W. Washington Ave., Suite 201
PO Box 2965
Madison, WI 53701-2965
PH: 608-282-6200
Fax: 608-282-6252
dgahnz@lawtoncates.com
dbach@lawtoncates.com
tpolich@lawtoncates.com
dlenz@lawtoncates.com


Attorneys for Defendants
Wisconsin Elections Commission,
WEC Commissioners Bostelmann, Glancey,
Jacobs, Knudsen, Spindell and Thomsen,
and WEC Administrator Wolfe