# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 27, 2020

*By the Court:*

| | |
|---|---|
| Nos. 20-2835 & 20-2844 | DEMOCRATIC NATIONAL COMMITTEE, et al., Plaintiffs - Appellees<br><br>v.<br><br>MARGE BOSTELMANN, et al., Defendants<br><br>and<br><br>WISCONSIN STATE LEGISLATURE, et al., Intervening Defendants- Appellants |
| **Originating Case Information:** | |
| District Court Nos.: 3:20-cv-00249-wmc, 3:20-cv-00278-wmc, 3:20-cv-00340-wmc, & 3:20-cv-00459-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley | |

The following are before the court:

1. **WISCONSIN LEGISLATURE'S EMERGENCY MOTION TO STAY THE PRELIMINARY INJUNCTION**, filed on September 23, 2020, by counsel for appellant Wisconsin State Legislature.

2. **EMERGENCY MOTION OF REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF WISCONSIN TO STAY THE PRELIMINARY INJUNCTION**, filed on September 24, 2020, by counsel for appellants Republican National Committee and Republican Party of Wisconsin.

3. **OPPOSITION OF PLAINTIFFS-APPELLEES JILL SWENSON, MELODY MCCURTIS, MARIA NELSON, BLACK LEADERS ORGANIZING FOR COMMUNITIES, AND DISABILITY RIGHTS WISCONSIN TO MOTION TO STAY THE PRELIMINARY INJUNCTION IN CASES NO. 20-CV-249; 20-CV-278; 20-CV-340; AND 20-CV-459**, filed on September 25, 2020, by counsel for the appellees Jill Swenson, Melody McCurtis, Maria Nelson, Black Leaders Organizing for Communities, and Disability Rights Wisconsin.

4. **OPPOSITION OF PLAINTIFFS-APPELLEES DEMOCRATIC NATIONAL COMMITTEE AND DEMOCRATIC PARTY OF WISCONSIN TO EMERGENCY MOTION FOR STAY OF THE DISTRICT COURT'S PRELIMINARY INJUNCTION**, filed on September 25, 2020, by counsel for appellees Democratic National Committee and Democratic Party of Wisconsin.

5. **EDWARDS PLAINTIFFS' CONSOLIDATED OPPOSITION TO WISCONSIN LEGISLATURE'S EMERGENCY MOTION TO STAY PRELIMINARY INJUNCTION AND REPUBLICAN NATIONAL COMMITTEE AND REPUBLICAN PARTY OF WISCONSIN'S EMERGENCY MOTION TO STAY THE PRELIMINARY INJUNCTION**, filed on September 25, 2020, by counsel for appellees Chrystal Edwards, Terron Edwards, Kileigh Hannah, Todd Graveline, Jon Graveline, Jean Ackerman, John Jacobson, Kristopher Rowe, Katie Rowe, Douglas West, Angela West, Charles Dennert, and William Laske.

6. **GEAR v. BOSTELMANN PLAINTIFFS-APPELLEES' OPPOSITION TO INTERVENOR-DEFENDANTS-APPELLANTS' EMERGENCY MOTION TO STAY DISTRICT COURT'S PRELIMINARY INJUNCTION**, filed on September 25, 2020, by counsel for appellees Sylvia Gear, Wisconsin Alliance for Retired Americans, Claire Whelan, League of Women Voters of Wisconsin, Katherine Kohlbeck, Diane Fergot, Gary Fergot, Bonibet Bahr Olsan, Sheila Jozwik, and Greg Jozwik.

7. **WISCONSIN LEGISLATURE'S REPLY TO EMERGENCY MOTION TO STAY THE PRELIMINARY INJUNCTION**, filed on September 26, 2020, by counsel for appellant Wisconsin State Legislature.

8. **REPLY IN SUPPORT OF REPUBLICAN NATIONAL COMMITTEE'S AND REPUBLICAN PARTY OF WISCONSIN'S EMERGENCY MOTION**

Appeal Nos. 20-2835 & 20-2844 Page 3

**TO STAY THE PRELIMINARY INJUNCTION**, filed on September 26, 2020, by counsel for appellants Republican National Committee and Republican Party of Wisconsin.

**IT IS ORDERED** that the district court's injunction is **STAYED** pending further order of this court.

form name: **c7_Order_BTC**(form ID: **178**)